IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| VINICICESON RAMEY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | FILE NO. 1:23-cv-05235-TWT |
| | ) | |
| CITY OF JONESBORO, GEORGIA, | ) | |
| DAWEED YISRAEL, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

COMES NOW Plaintiff Viniciceson Ramey and files this, his Certificate of Interested Persons and Corporate Disclosure Statement showing this Court as follows:

(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

(A) Plaintiff Viniciceson Ramey;

(B) Defendant City of Jonesboro, Georgia; and

(C) Defendant Daweed Yisrael.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case: N/A.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

    For the Plaintiff:        Eugene Felton, Jr.
                                        Seay Felton, LLC
                                        260 Peachtree Street, NW
                                        Suite 1001
                                        Atlanta, GA 30303

                                        George Brian Spears
                                        Spears & Filipovits, LLC
                                        315 W Ponce de Leon Ave
                                        Suite 865
                                        Decatur, GA 30030

                                        Jeffrey Filipovits
                                        Spears & Filipovits, LLC
                                        315 W Ponce de Leon Ave
                                        Suite 865
                                        Decatur, GA 30030

                                        Wingo F. Smith
                                        Spears & Filipovits, LLC
                                        315 W Ponce de Leon Ave
                                        Suite 865
                                        Decatur, GA 30030

| | |
|---|---|
| For the Defendant<br>City of Jonesboro: | Todd Orlando Pearson<br>Fincher Denmark, LLC<br>100 Hartsfield Center Parkway, Suite 400<br>Atlanta, GA 30354 |
| For the Defendant<br>Daweed Yisrael: | Sun S. Choy<br>Freeman Mathis & Gary<br>100 Galleria Parkway<br>Suite 1600<br>Atlanta, GA 30339-5948<br><br>Marisa M. Beller<br>Freeman Mathis & Gary<br>100 Galleria Parkway<br>Suite 1600<br>Atlanta, GA 30339-5948 |
| Submitted on January 17, 2024. | **G. Brian Spears**<br>G. Brian Spears<br>Georgia Bar No. 670112<br>Attorney for Plaintiff |

SPEARS & FILIPOVITS, LLC
315 W Ponce de Leon Ave., Ste. 865
Decatur, GA 30030
Phone: 404-905-2225
Email: bspears@civil-rights.law

# CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2024, I electronically filed the attached with the Clerk of Court using the CM/ECF system, which will cause service by electronic mail to the following attorneys of record:

Todd Orlando Pearson
Fincher Denmark, LLC
100 Hartsfield Center Parkway, Ste. 400
Atlanta, GA 30354
tpearson@fincherdenmark.com

Sun S. Choy
Marisa M. Beller
Freeman Mathis & Gary
100 Galleria Parkway, Ste. 1600
Atlanta, GA 30339-5948
schoy@fmglaw.com

Eugene Felton, Jr.
Seay Felton, LLC
260 Peachtree Street, NW, Ste. 1001
Atlanta, GA 30303
efelton@sftriallawyers.com

**G. Brian Spears**
G. Brian Spears
Georgia Bar No. 670112
Attorney for Plaintiff

SPEARS & FILIPOVITS, LLC
315 W Ponce de Leon Ave., Ste. 865
Decatur, GA 30030
Phone: 404-905-2225
Email: bspears@civil-rights.law