**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| VINICICESON RAMEY, | |
| Plaintiff, | |
| vs. | CIV. ACTION NO. 1:23-cv-05235 |
| CITY OF JONESBORO, GEORGIA, and DAWEED YISREAL | The Honorable Thomas W. Thrash, Jr. |
| Defendants. | |

## <u>NOTICE OF LEAVE OF ABSENCE</u>

COMES NOW, Eugene Felton, Jr. ("Applicant") and respectfully notifies all Judges before whom he has cases pending, all affected Clerks of Court and all opposing counsel that he will be on leave pursuant to Georgia Uniform Court Rule 16.

1.     The period of leave during which time Applicant will be away from the practice of law is:  Thursday, May 30, 2023 through and including Friday, May 31, 2024; Thursday, June 20, 2024 through and including Friday, June 21, 2024; Wednesday, July 3, 2024 through and including Friday, July 5, 2024; Thursday, July 11, 2024 through and including Friday, July 19, 2024; Thursday, October 24, 2024 through and including Friday, October 25, 2024; Thursday, November 21,

2024 through and including Tuesday, November 26, 2024; and Monday, December 23, 2024 through and including Friday, January 3, 2025.

2.      The purpose of the leave is CLE, convention or family vacation.

3.      All affected Judges and opposing counsel shall have ten (10) days from the date of this Notice to object to it.  If no objections are filed, leave shall be granted.

This 17th day of May, 2024.

                                                          **SEAY FELTON, LLC**

                                                          */s/ Eugene Felton, Jr.*
260 Peachtree Street, NW                Eugene Felton, Jr.
Suite 1001                                       Georgia Bar No. 257840
Atlanta, GA 30303                          Quinton S. Seay
(404) 902-6444                                Georgia Bar No. 634025
(770) 800-0507 – fax                       Alexandria F. Jones
efelton@sftriallawyers.com          Georgia Bar No. 301492
qseay@sftriallawyers.com
ajones@sftriallawyers.com          ***Attorneys for Plaintiff***

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served counsel for the opposing party in the foregoing matter with a copy of this document by filing with the court, which will deliver electronic notification of same to the following:

Winston A. Denmark
T. Orlando Pearson
Michael J. Huening
**DENMARK ASHBY LLC**
Georgia Bar No. 822203
100 Hartsfield Center Parkway, Suite 400
Atlanta, Georgia 30354
Email:
wdenmark@denmarkashby.com
Email:  tpearson@denmarkasby.com
Email:
mhuening@denmarkashby.com

Jeff Filipovits, Esq.
Brian Spears, Esq.
Wingo Smith, Esq.
**Spears & Filipovits, LLC**
315 W. Ponce de Leon Ave.
Suite 865
Decatur, Georgia 30030
Jeff@civil-rights.law
bspears@civil-rights.law
wingo@civil-rights.law

Michael J. Rust, Esq.
**Gray, Rust, St. Amand, Moffett & Brieske, LLP**
950 East Paces Ferry Road, N.E.
Suite 1700- Salesforce Tower Atlanta
Atlanta, Georgia 30326
mrust@grsmb.com

This 17th day of May, 2024.

**SEAY FELTON, LLC**

260 Peachtree Street, NW
Suite 1001
Atlanta, GA 30303
(404) 902-6444
(770) 800-0507 – fax
efelton@sftriallawyers.com

*/s/ Eugene Felton, Jr.*
Eugene Felton, Jr.
Georgia Bar No. 257840